# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TROY MARCELLO TOLSON, :
:
Plaintiff, :
:
v. : Civil Action No. 12-0120 (CKK)
:
CRAIG L. STANTON, :
:
Defendant. :

## MEMORANDUM OPINION

The defendant filed a motion to dismiss the complaint [Dkt. #10] on March 2, 2012. On March 6, 2012, the Court issued an Order which directed the plaintiff to file his opposition or other response to the motion no later than April 6, 2012. The Order notified the plaintiff that, if he failed to respond by that date, the Court would treat the defendant's motion as conceded and summarily dismiss the case. To date, the plaintiff neither has filed an opposition, a request for more time to file an opposition, nor a change of address. Accordingly, the Court treats the motion as conceded and will grant the defendant's motion to dismiss. An Order accompanies this Memorandum Opinion.

DATE: April 13, 2012                    COLLEEN KOLLAR-KOTELLY
                                        United States District Judge